**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SALVADOR ARELLANES JIMENEZ and
GENARO CISNEROS, *individually and on behalf of others similarly situated,*

                               *Plaintiffs*,

         -against-

G&J'S PIZZERIA LLC (D/B/A G&J'S PIZZERIA) and GREGORIO VARIOS,

                              *Defendants.*
-----------------------------------------------------------------X

Docket No.: 20-cv-05454 (JPC)

**DECLARATION OF WILLIAM K. OATES IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO AMEND THE CAPTION AND DEFAULT JUDGMENT**

        I, WILLIAM K. OATES, declares under penalty of perjury, pursuant to 28 U.S.C. §1746, that:

        1.      I represent Plaintiffs Salvador Arellanes Jimenez and Genaro Cisneros ("Plaintiffs") in this wage and hour action. I submit this declaration in support of Plaintiffs' motion for leave to amend the caption and default judgment.

        2.      Attached as Exhibit "A" is Plaintiffs' proposed amended caption.

        3.      The reason for the underlying application is to correct the name of the Individual Defendant. The Individual Defendant, currently named as Gregorio Varios, is actually named Gregory Barrios, and the proposed amendment would reflect this correction. Plaintiffs are not proposing any other amendments.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:     New York, New York
           May 16, 2022

                                        CSM LEGAL, P.C.

                             By:   /s/William K. Oates
                                   William K. Oates
                                   60 East 42nd Street, Suite 4510
                                   New York, New York 10165
                                   Tel.: (212) 317-1200
                                   E-Mail: woates@csm-legal.com
                                   *Attorneys for Plaintiffs*