# CSM Legal, P.C.

### Employment and Litigation Attorneys

60 East 42nd St.                                                                                    Telephone: (212) 317-1200
New York, New York 10165                                                            Facsimile: (212) 317-1620

July 14, 2023

**BY ECF**
Honorable John P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  Arellanes Jiminez, et al. v. G&J's Pizzeria LLC, et al.
Docket No. 20-cv-05454

Your Honor:

We represent Plaintiffs in the above referenced matter.  We write to respectfully request the Court compel defendant Gregory Barrios' compliance with post-judgment discovery obligations pursuant to Fed. R. Civ. P. 37(a).  We are willing to attend a pre-motion conference, however, as Mr. Barrios has never appeared in this action, we would respectfully request the Court grant this motion without one.

On June 22, 2023, pursuant to FRCP 69 and CPLR 5224, and as part of Plaintiffs' efforts to enforce their judgment against Mr. Barrios, Plaintiffs served Mr. Barrios with an Information Subpoena via certified mail.  (A copy of the Information Subpoena and tracking information are collectively annexed hereto as Exhibit A.)  Mr. Barrios' responses to the Information Subpoena were due June 29, 2023.

On June 29, 2023, I emailed Mr. Barrios and demanded he provide responses to the Information Subpoena by July 13, 2023.[1]  Today, I placed a phone call to Mr. Barrios regarding the overdue responses; he rushed me off the phone and said he "was busy."  To date, he has not attempted to comply with the Information Subpoena at all.

Mr. Barrios has demonstrated disregard for this Court's discovery procedures.  It is critical to Plaintiffs' collection efforts that they obtain discovery from Mr. Barrios.  As such, and since Mr. Barrios won't voluntarily comply with Plaintiffs' Information Subpoena, we respectfully request the Court compel his compliance.

Thank you for your attention.

Respectfully Submitted,

/s/ *Jesse Barton*
Jesse Barton, Esq.

---

[1] I have communicated with Mr. Barrios via this email address, and I am confident he received the email at issue.

*Certified as a minority-owned business in the State of New York*

CSM Legal, P.C.

Encl.

Cc: Mr. Barrios (**Via Email)**

Plaintiffs shall move to compel Defendant's compliance with post-judgment discovery by July 31, 2023.  Defendant shall file an opposition by August 14, 2023.  Plaintiff shall reply by August 21, 2023.  Plaintiffs shall serve Defendant with a copy of this Order via email, as referenced in their letter.

The Clerk of Court is respectfully directed to close Docket Number 61.

SO ORDERED.

July 17, 2023
New York, New York

JOHN P. CRONAN
United States District Judge